UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jonathan E. Saban<br>　　　　Melissa M. Saban | CASE NO: 17-23281-CMB<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 20<br>Judge: Carlota M. Bohm<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 11/21/2017, I did cause a copy of the following documents, described below,

Order of Court Employing Counsel for the Trustee, 20

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 11/21/2017

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica  36745
Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Gibsonia, PA  15044
412 965 5571
trusteesikirica@consolidated.net

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jonathan E. Saban<br>Melissa M. Saban | CASE NO: 17-23281-CMB<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br>ECF Docket Reference No. 20<br>Judge: Carlota M. Bohm<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 11/21/2017, a copy of the following documents, described below,

Order of Court Employing Counsel for the Trustee, 20

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/21/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica, Esquire
Jeffrey J. Sikirica
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| 1 ALLY FINANCIAL<br>200 RENAISSANCE CENTER<br>DETROIT MI 48243-1300 | 2 BRIAN J BLEASDALE<br>EMERSON PROFESSIONAL BUILDING<br>101 EMERSON AVENUE<br>ASPINWALL PA 15215-3252 | 3 BRAD AMOS MD PHD PC<br>PO BOX 645238<br>PITTSBURGH PA 15264-5238 |
| 4 CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | 5 CAPITAL ONEBEST BUY<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 | 6 CARECENTRIX<br>PO BOX 660<br>EAST GRANBY CT 06026-0660 |
| 7 ALLISON L CARR<br>BERNSTEINBURKLEY PC<br>GULF TOWER SUITE 2200<br>707 GRANT STREET<br>PITTSBURGH PA 15219-1945 | 8 CHASE AUTO<br>PO BOX 901003<br>FT WORTH TX 76101-2003 | 9 CHASE MORTGAGE<br>PO BOX 24696<br>COLUMBUS OH 43224-0696 |
| 10 CITI<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 | 11 CITIZENS BANK<br>1 CITIZENS DRIVE<br>RIVERSIDE RI 02915-3000 | 12 COLLECTION SERVICE CENTER<br>PO BOX 560<br>NEW KENSINGTON PA 15068-0560 |
| 13 COMENITY BANKVICTORIAS SECRET<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 | 14 CREDIT MANAGEMENT COMPANY<br>2121 NOBLESTOWN ROAD<br>PITTSBURGH PA 15205-3956 | 15 DERMPATH DIAGNOSTICS<br>PO BOX 629033<br>EL DORADO HILLS CA 95762-9033 |
| 16 DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON DE 19850-5316 | 17 DUQUESNE LIGHT COMPANY<br>PAYMENT PROCESSING CENTER<br>PO BOX 67<br>PITTSBURGH PA 15267-0001 | 18 GLENSHAW PRESBYERIAN CHURCH<br>300 GLENN AVENUE<br>DUQUESNE PA 15110 |
| 19 KOHLSCAPITAL ONE<br>N56 W 17000 RIDGEWOOD DRIVE<br>MENOMONEE FALLS WI 53051-5660 | 20 OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 | 21 PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| 22 PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | 23 PEOPLES NATURAL GAS COMPANY LLC<br>CO S JAMES WALLACE PC<br>845 N LINCOLN AVE<br>PITTSBURGH PA 15233-1828 | 24 PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| 25 JONATHAN E SABAN<br>2806 FRANKLYNN DRIVE<br>ALLISON PARK PA 15101-4113 | 26 MELISSA M SABAN<br>2806 FRANKLYNN DRIVE<br>ALLISON PARK PA 15101-4113 | 27 SHALER AREA EMERG MED SERVICES<br>339 WETZEL ROAD<br>GLENSHAW PA 15116-2238 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

```
28 SYNCBAMER EAGLE DC              29 SYNCBSAMS CLUB DC              30 SYNCBTJX COS DC
PO BOX 965005                      PO BOX 965005                     PO BOX 965005
ORLANDO FL 32896-5005              ORLANDO FL 32896-5005             ORLANDO FL 32896-5005


31 TIDELANDS HEALTH                32 UPMC HEALTH SERVICES           33 UPMC PHYSICIAN SERVICES
PO BOX 421718                      2 HOT METAL STREET                PO BOX 371980
GEORGETOWN SC 29442-4203           DIST ROOM 386                     PITTSBURGH PA 15250-7980
                                   PITTSBURGH PA 15203-2348


34 JAMES WARMBRODT
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541
```