IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **JONATHAN E. SABAN** | ) | Bankruptcy No.  17-23281-CMB |
| **MELISSA M. SABAN** | ) | |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| **JEFFREY J. SIKIRICA,** | ) | Document No.  __18__ |
| **CHAPTER 7 TRUSTEE,** | ) | |
| | ) | |
| Movant(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **NO RESPONDENT.** | ) | |

## ORDER OF COURT

       AND NOW, this __20th__ day of __November__, 2017, upon consideration of the foregoing Application to Employ Counsel for the Trustee filed at Doc# __18__ (the "Application"), it is hereby ORDERED, ADJUDGED and DECREED as follows:

       1.    The Application is approved as of the date the Application was filed.

       2.    Jeffrey J. Sikirica, Esquire, 121 Northbrook Drive, Pine Township, Gibsonia, Pennsylvania 15044 is hereby appointed as Attorney(s) for the Trustee in this bankruptcy proceeding for the reasons set forth in the Application.

       3.    Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by the applicant to perform, the novelty and difficulty of the issues presented, the skill requisite to perform the service properly, the preclusion of other employment due to acceptance of this case, the customary fee for similar services, the time limitations imposed by the client or the circumstances encountered while performing the services, the experience, reputation and ability of the professional(s) involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

       4.    Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to 11 U.S.C. § 328(a).  Final compensation awarded only a after notice and hearing, may be

more or less than the requested hourly rates based on application of the above-mentioned factors in granting approval by Court Order.

      5.    **Applicant shall serve the within Order on all interested parties and file a certificate of service.**

BY THE COURT:

_Carlota M. Böhm_ **dms**
Honorable Carlota M. Böhm
United States Bankruptcy Judge

cc:  Debtor
     Counsel
     Professional
     Office of the U.S. Trustee

FILED
11/20/17 10:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 17-23281-CMB
Jonathan E. Saban                                                                         Chapter 7
Melissa M. Saban
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1              Date Rcvd: Nov 20, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2017.
db/jdb         +Jonathan E. Saban,    Melissa M. Saban,    2806 Franklynn Drive,    Allison Park, PA 15101-4113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
          Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
           acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          Brian J. Bleasdale    on behalf of Joint Debtor Melissa M. Saban bleasdb@yahoo.com
          Brian J. Bleasdale    on behalf of Debtor Jonathan E. Saban bleasdb@yahoo.com
          James    Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Jeffrey J. Sikirica    trusteesikirica@consolidated.net, PA59@ecfcbis.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7