IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No. 17-23281-CMB |
| JONATHAN E. SABAN : | |
| MELISSA M. SABAN : | Chapter 7 |
| : | |
| *Debtor(s)* : | |

# ORDER

*Whereas*, in a Chapter 7 case, within 60 days after the first date set for the meeting of creditors under *§341* of the Bankruptcy Code, *Fed.R.Bankr.P. 1007(c)* requires an individual Debtor to file a ***Statement*** regarding completion of a course in personal financial management, or a ***Certification*** that the Debtor is not required to complete such course due to incapacity, dischargability, or active military duty; and

*Whereas*, *11 U.S.C. §727 (a)(11)* provides that the Court shall not grant a discharge unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so; and

*Whereas*, the Debtor(s) failed to file a *Certification* substantially conforming to *Official Form No. 423*, Certification of Completion of Instructional Course Concerning Personal Financial Management, that reflected timely attendance at a course in personal financial management or basis for excuse from such obligation.

It is hereby **ORDERED, ADJUDGED and DECREED** that this case will be closed without entry of a discharge order.  Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

Dated:  December 19, 2017                                Carlota M. Böhm, Judge
                                                                                United States Bankruptcy Court

#63b-D
Revised 12/1/15

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                      Case No. 17-23281-CMB
Jonathan E. Saban                                           Chapter 7
Melissa M. Saban
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: bsil              Page 1 of 2             Date Rcvd: Dec 19, 2017
                              Form ID: pdf900         Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2017.
```
db/jdb         +Jonathan E. Saban,    Melissa M. Saban,    2806 Franklynn Drive,    Allison Park, PA 15101-4113
aty            +Jeffrey Sikirica,    121 Northbrook Drive,    Pine Township,    Gibsonia, PA 15044-8983
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14676379        Brad Amos M.D. Ph.D, P.C.,    P.O. Box 645238,    Pittsburgh, PA 15264-5238
14676381       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:    Capital One,    15000 Capital One Drive,    Richmond, VA 23238)
14676380       +Capital One,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
14676382       +Capital One/Best Buy,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14676383       +CareCentrix,    P.O. Box 660,    East Granby, CT 06026-0660
14676384       +Chase Auto,    P.O. Box 901003,    Ft Worth, TX 76101-2003
14676385       +Chase Mortgage,    P.O. Box 24696,    Columbus, OH 43224-0696
14676386       +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
14676387       +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
14676388        Collection Service Center,    P.O. Box 560,    New Kensington, PA 15068-0560
14676389       +Comenity Bank/Victorias Secret,    P.O. Box 182789,    Columbus, OH 43218-2789
14676391        Dermpath Diagnostics,    P.O. Box 629033,    El Dorado Hills, CA 95762-9033
14676394        Glenshaw Presbyerian Church,    300 Glenn Avenue,    Duquesne, PA 15110
14676397       +Shaler Area Emerg Med Services,    339 Wetzel Road,    Glenshaw, PA 15116-2238
14676401       +Tidelands Health,    P.O. Box 421718,    Georgetown, SC 29442-4203
14676402       +UPMC Health Services,    2 Hot Metal Street,    Dist. Room 386,    Pittsburgh, PA 15203-2348
14676403        UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14676378       +E-mail/Text: ally@ebn.phinsolutions.com Dec 20 2017 01:25:49      Ally Financial,
                 200 Renaissance Center,    Detroit, MI 48243-1300
14676390       +E-mail/Text: kcarter@creditmanagementcompany.com Dec 20 2017 01:26:10
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14676392       +E-mail/Text: mrdiscen@discover.com Dec 20 2017 01:25:49      Discover Fin Svcs LLC,
                 P.O. Box 15316,    Wilmington, DE 19850-5316
14676393        E-mail/Text: kburkley@bernsteinlaw.com Dec 20 2017 01:26:17      Duquesne Light Company,
                 Payment Processing Center,    PO Box 67,    Pittsburgh, PA 15267-0001
14676395       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 20 2017 01:25:50      Kohls/Capital One,
                 N56 W. 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
14676396        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2017 01:28:49
                 Portfolio Recovery Associates,    120 Corporate Blvd,    Suite 1,    Norfolk, VA 23502
14676664        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2017 01:28:34
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14676398       +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2017 01:28:41      Syncb/Amer Eagle DC,
                 P.O. Box 965005,    Orlando, FL 32896-5005
14676399       +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2017 01:20:43      Syncb/Sams Club DC,
                 P.O. Box 965005,    Orlando, FL 32896-5005
14676400       +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2017 01:21:05      Syncb/TJX Cos DC,
                 P.O. Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              JPMORGAN CHASE BANK, N.A.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                      TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                                       Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: bsil                 Page 2 of 2              Date Rcvd: Dec 19, 2017
                              Form ID: pdf900            Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2017 at the address(es) listed below:

```
          Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
           acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          Brian J. Bleasdale    on behalf of Joint Debtor Melissa M. Saban bleasdb@yahoo.com
          Brian J. Bleasdale    on behalf of Debtor Jonathan E. Saban bleasdb@yahoo.com
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Jeffrey J. Sikirica    trusteesikirica@consolidated.net, PA59@ecfcbis.com
          Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@consolidated.net,
           PA59@ecfcbis.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 8
```