**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jonathan E. Saban** | Social Security number or ITIN **xxx−xx−2836** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Melissa M. Saban** | Social Security number or ITIN **xxx−xx−3757** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **17−23281−CMB**

---

# Order of Discharge                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jonathan E. Saban                                      Melissa M. Saban

12/21/17                                              **By the court:**   Carlota M. Bohm
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 17-23281-CMB
Jonathan E. Saban                                                       Chapter 7
Melissa M. Saban
        Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0315-2           User: bsil                   Page 1 of 2                   Date Rcvd: Dec 21, 2017
                               Form ID: 318                 Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db/jdb         +Jonathan E. Saban,    Melissa M. Saban,    2806 Franklynn Drive,    Allison Park, PA 15101-4113
aty            +Jeffrey Sikirica,    121 Northbrook Drive,    Pine Township,   Gibsonia, PA 15044-8983
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14676379        Brad Amos M.D. Ph.D, P.C.,    P.O. Box 645238,   Pittsburgh, PA 15264-5238
14676382       +Capital One/Best Buy,    P.O. Box 6497,   Sioux Falls, SD 57117-6497
14676383       +CareCentrix,    P.O. Box 660,   East Granby, CT 06026-0660
14676384       +Chase Auto,    P.O. Box 901003,   Ft Worth, TX 76101-2003
14676385       +Chase Mortgage,    P.O. Box 24696,   Columbus, OH 43224-0696
14676387       +Citizens Bank,    1 Citizens Drive,   Riverside, RI 02915-3000
14676388        Collection Service Center,    P.O. Box 560,   New Kensington, PA 15068-0560
14676391        Dermpath Diagnostics,    P.O. Box 629023,   El Dorado Hills, CA 95762-9033
14676394        Glenshaw Presbyerian Church,    300 Glenn Avenue,   Duquesne, PA 15110
14676397       +Shaler Area Emerg Med Services,    339 Wetzel Road,   Glenshaw, PA 15116-2238
14676401       +Tidelands Health,    P.O. Box 421718,   Georgetown, SC 29442-4203
14676402       +UPMC Health Services,    2 Hot Metal Street,   Dist. Room 386,    Pittsburgh, PA 15203-2348
14676403        UPMC Physician Services,    P.O. Box 371980,   Pittsburgh, PA 15250-7980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2017 01:49:25      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14676378       +EDI: GMACFS.COM Dec 22 2017 01:43:00      Ally Financial,   200 Renaissance Center,
                 Detroit, MI 48243-1300
14676381        EDI: CAPITALONE.COM Dec 22 2017 01:43:00      Capital One,   15000 Capital One Drive,
                 Richmond, VA 23238
14676380       +EDI: CAPITALONE.COM Dec 22 2017 01:43:00      Capital One,   P.O. Box 30253,
                 Salt Lake City, UT 84130-0253
14676386       +EDI: CITICORP.COM Dec 22 2017 01:43:00      Citi,   P.O. Box 6241,    Sioux Falls, SD 57117-6241
14676389       +EDI: WFNNB.COM Dec 22 2017 01:43:00      Comenity Bank/Victorias Secret,    P.O. Box 182789,
                 Columbus, OH 43218-2789
14676390       +E-mail/Text: kcarter@creditmanagementcompany.com Dec 22 2017 01:49:56
                 Credit Management Company,    2121 Noblestown Road,   Pittsburgh, PA 15205-3956
14676392       +EDI: DISCOVER.COM Dec 22 2017 01:43:00      Discover Fin Svcs LLC,    P.O. Box 15316,
                 Wilmington, DE 19850-5316
14676393        E-mail/Text: kburkley@bernsteinlaw.com Dec 22 2017 01:50:05      Duquesne Light Company,
                 Payment Processing Center,    PO Box 67,   Pittsburgh, PA 15267-0001
14676395       +EDI: CBSKOHLS.COM Dec 22 2017 01:43:00      Kohls/Capital One,   N56 W. 17000 Ridgewood Drive,
                 Menomonee Falls, WI 53051-5660
14676396        EDI: PRA.COM Dec 22 2017 01:43:00      Portfolio Recovery Associates,    120 Corporate Blvd,
                 Suite 1,    Norfolk, VA 23502
14676664       +EDI: PRA.COM Dec 22 2017 01:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14676398       +EDI: RMSC.COM Dec 22 2017 01:43:00      Syncb/Amer Eagle DC,   P.O. Box 965005,
                 Orlando, FL 32896-5005
14676399       +EDI: RMSC.COM Dec 22 2017 01:43:00      Syncb/Sams Club DC,   P.O. Box 965005,
                 Orlando, FL 32896-5005
14676400       +EDI: RMSC.COM Dec 22 2017 01:43:00      Syncb/TJX Cos DC,   P.O. Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              JPMORGAN CHASE BANK, N.A.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: bsil                Page 2 of 2               Date Rcvd: Dec 21, 2017
                               Form ID: 318              Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:

```
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Brian J. Bleasdale    on behalf of Joint Debtor Melissa M. Saban bleasdb@yahoo.com
              Brian J. Bleasdale    on behalf of Debtor Jonathan E. Saban bleasdb@yahoo.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@consolidated.net, PA59@ecfcbis.com
              Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@consolidated.net,
               PA59@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```